IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD CORDERO,

    Petitioner,                      No. 2:10-cv-1899 GEB DAD (HC)

    vs.

MICHAEL D. McDONALD,

    Respondent.                  <u>ORDER</u>

_____/

        On September 21, 2010, respondent filed a motion to dismiss this action on the ground that it is barred by the statute of limitations. Petitioner has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On July 23, 2010, petitioner was advised of the requirements for filing an opposition to a motion to dismiss. Petitioner is now advised that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Petitioner is now advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition, if any he has, to the motion to dismiss or a statement of non-opposition. Failure to comply with this order may result in a recommendation that respondent's motion be granted or that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: November 2, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
cord1899.46osc