IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD CORDERO,** | CIV S-10-1899 GEB DAD |
| Petitioner, | **ORDER** |
| v. | |
| **MICHAEL D. McDONALD,** | |
| Respondent. | |

Respondent has requested a thirty day extension of time in which to file Respondent's reply to the opposition to the motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 1, 2011, in which to file Respondent's reply to the opposition to the motion to dismiss.

**Date: 7/12/2011**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cord1899.ext

Order  (CIV S-10-1899 GEB DAD)